**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
Matthew K. Moen (SBN 305956)
mmoen@haineslawgroup.com
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355
Attorneys for Plaintiffs

ADAM J. KARR (S.B. #212288)
*akarr@omm.com*
ALLAN W. GUSTIN (S.B. #305784)
*agustin@omm.com*
O'MELVENY & MYERS LLP
400 South Hope Street Los Angeles, California 90071-2899
Tel: (213) 430-6000; Fax: (213) 430-6407
Attorneys for Defendant
CJ LOGISTICS AMERICA, LLC.

[*Additional Counsel Listed on the Following Page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEDBETTER, ROBERT AARON, and ANTONIO SEGOVIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CJ LOGISTICS AMERICA, LLC, an Illinois Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00967-KK-SHK<br><br>**JOINT NOTICE OF SETTLEMENT, STIPULATION TO VACATE TRIAL AND TRIAL-RELATED DATES AND DEADLINES, AND TO SCHEDULE FURTHER STATUS CONFERENCE**<br><br>Action Filed:   April 7, 2022<br>Removal Date:  June 10, 2022<br>Trial Date:    October 1, 2024 |

MEHRDAD BOKHOUR (S.B. #285256)
*mehrdad@bokhourlaw.com*
BOKHOUR LAW GROUP, P.C.
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 675-0861

JOSHUA S. FALAKASSA (S.B. 295045)
*josh@falakassalaw.com*
FALAKASSA LAW, P.C.
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868

Attorneys for Plaintiff

TO THE HONORABLE COURT:

Plaintiffs John Ledbetter, Robert Aaron, and Antonio Segovia (collectively, "Plaintiffs") and Defendant CJ Logistics America, LLC ("Defendant") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record, submit the following Joint Notice of Settlement, Stipulation to Vacate Trial and Related Dates and Deadlines, and to Schedule Further Status Conference:

WHEREAS, on October 25, 2023, the Honorable Judge Jesus G. Bernal issued an Order Granting Joint Stipulation to Continue Trial and Trial-Related Dates and Deadlines [Dkt. No. 30], which set trial in this matter for October 1, 2024, at 9:00 a.m.;

WHEREAS, on August 23, 2023, the Parties attended a private mediation with well-respected wage and hour mediator Jeffrey Ross, Esq. Although the Parties adjourned mediation prior to reaching a settlement, through ongoing settlement negotiations with the mediator's assistance, the Parties reached a tentative agreement in January 2024 for a settlement to resolve this matter in its entirety on a class-wide basis;

WHEREAS, the Parties are in the process of memorializing their settlement in a long-form settlement agreement, which they anticipate to have finalized within the next 30-days. The Parties are also meeting and conferring over proper procedures for seeking approval of the proposed class-wide settlement; and

WHEREAS, in light of the Parties' settlement and in the interest of judicial economy, the Parties wish to vacate the October 1, 2024 trial date and all pending trial- and law and motion-related dates and deadlines, and schedule a Further Status Conference RE: Settlement in approximately 60 days.

THEREFORE, the Parties, by and through their counsel of record, HEREBY STIPULATE AND AGREE, and respectfully jointly request, that the Court:

1. Vacate the Parties' October 1, 2024 trial date and all trial-related dates and deadlines in light of the Parties' resolution of all claims at issue in this litigation;

2. Vacate Plaintiffs' April 17, 2024 deadline to file a Motion for Class Certification and all other pending law and motion-related dates and deadlines; and

3. Set a Further Status Conference RE: Settlement in approximately 60 days, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

Dated: March 29, 2024    **HAINES LAW GROUP, APC**

By: _[signature]_
Fletcher W. Schmidt
Matthew K. Moen
Attorneys for Plaintiffs
JOHN LEDBETTER,
ROBERT AARON, and
ANTONIO SEGOVIA

Dated: March 29, 2024    **O'MELVENY & MYERS LLP**

By: _/s/ Adam J. Karr_
Adam J. Karr
Allan W. Gustin
Attorneys for Defendants
CJ LOGISTICS AMERICA, LLC.

### Attestation of Signatures

I, Matthew K. Moen, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 29, 2024    **HAINES LAW GROUP, APC**

By: _[signature]_
Matthew K. Moen
Attorneys for Plaintiff

2
JOINT NOTICE OF SETTLEMENT, STIPULATION TO VACATE TRIAL AND TRIAL-RELATED DATES AND DEADLINES, AND TO SCHEDULE FURTHER STATUS CONFERENCE