JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEDBETTER, ROBERT AARON, ANTONIO SEGOVIA, and JOSEPH HICKS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CJ LOGISTICS AMERICA, LLC, an Illinois Limited Liability Company; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 5:22-cv-00967-KK-SHK<br><br>Assigned to Hon. Kenly Kiya Kato<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Action Filed:   April 7, 2022<br>Removal Date:   June 10, 2022<br>Trial Date:   None Set |

The Court, having reviewed the Stipulation to Remand Removed Action, entered into between Plaintiffs John Ledbetter, Robert Aaron, Antonio Segovia, and Joseph Hicks and Defendant CJ Logistics America, LLC, and with GOOD CAUSE appearing therefore, the Court orders as follows:

1. The Stipulation is approved and the request for remand is granted.
2. Central District of California Case No. 5:22-cv-00967-KK-SHK is hereby REMANDED to the Superior Court for the State of California for the County of San Bernardino.

IT IS SO ORDERED.

DATED: December 13, 2024

_____
Honorable Kenly Kiya Kato
United States District Judge